UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS PIEDRA, *individually and on behalf of all other employees similarly situated,*

                Plaintiffs,

        -against-                      **MEMORANDUM & ORDER**
                                                17-CV-3316 (PKC) (CLP)

ECUA RESTAURANT, INC. d/b/a "La Bamba Restaurant," BLANCA O GUALLPA, a/k/a "Blanca Chauca," LOUIS PEREZ, and DAVID SIGCHA,

                Respondents.
------------------------------------------------------------X
PAMELA K. CHEN, United States District Judge:

On January 31, 2018, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation (Dkt. 23), in which she recommended that Plaintiff be awarded a total of $140,122.63 in damages (*id.* at 44). This Court respectfully modifies the exceedingly thorough Report and Recommendation ("Report") and awards Plaintiff a total of $242,303.89 in damages.

**STANDARD OF REVIEW**

A court may accept, reject, or modify, in whole or in part, the findings or recommendations made by a magistrate judge. *See* Fed. R. Civ. P. 72(b)(3); *Grassia* v. *Scully*, 892 F.2d 16, 19 (2d Cir. 1989). A court may accept those portions of a report to which no specific, written objection is made, as long as the factual and legal bases supporting the findings are not clearly erroneous. *See Ramirez* v. *United States*, 898 F.Supp.2d 659, 663 (S.D.N.Y. 2012). No objections have been filed in this case.

**DISCUSSION**

The Court modifies the Report as follows:

**Table 1: Piedra's Modified Overtime Wages**[1]

| Period | Hourly Wage Rate Paid | Overtime Wage Rate | Hours of Overtime Per Week | Number of Weeks in Period | Overtime Owed for the Period |
|---|---|---|---|---|---|
| 11/9/15-5/9/16 | $20.00 | $30.00 | 48 | 26 | $37,440.00 |
| 5/10/16-1/31/17 | $22.50 | $33.75 | 48 | 38 | $61,560.00 |
| 2/1/17-5/9/17 | $13.00 | $19.50 | 18 | 14 | $4,641.00 |
| | | | | **Total Overtime Owed:** | **$103,641.00** |

**Table 2a: Piedra's Modified Spread of Hours Wages**[2]

| Period | NYLL Min. Wage | No. of Days Worked Over 10 Hours | No. of Weeks in Period | Total SOH Owed for Period |
|---|---|---|---|---|
| 11/9/15-12/30/15 | $8.75 | 6 | 7.4 | $388.50 |
| 12/31/15-12/30/16 | $9.00 | 6 | 52 | $2,808.00 |
| 12/31/16-1/31/17 | $9.70 | 6 | 4.6 | $267.72 |
| 2/1/17-5/9/17 | $9.70 | 2 | 14 | $271.60 |
| | | | **Total Spread of Hours Pay Owed:** | **$3,735.82** |

**Modified Total Damages Owed to Plaintiff**[3]

| Claim | Amount Owed to Plaintiff Piedra |
|---|---|
| Unpaid Overtime | $103,641.00 |
| Unpaid Spread of Hours | $3,735.82 |
| Wage Notice Damages | $5,000.00 |
| Wage Statement Damages | $5,000.00 |
| Liquidated Damages | $107,376.82 |
| Pre-Judgment Interest | $14,350.25 |
| Attorney's Fees | $2,800.00 |
| Costs | $400.00 |
| **Total** | **$242,303.89** |

---

[1] *See* Dkt. 23 at 28 for the Report's calculation.

[2] *See id.* at 29 for the Report's calculation.

[3] *See id.* at 44 for the Report's calculation.

## CONCLUSION

The Court has reviewed the Report and adopts the Recommendations with the exception of the modifications described above. Accordingly, it is hereby ORDERED that Plaintiff is awarded $242,303.89 in damages. The Clerk of Court is respectfully requested to enter judgment and close the case accordingly.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: February 28, 2018
       Brooklyn, New York