UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CARLOS PIEDRA, individually and on behalf
of all other employees similarly situated,

                        Plaintiff,                                   JUDGMENT
                                                       17-CV-3316 (PKC) (CLP)

          -against-

ECUA RESTAURANT, INC. d/b/a "La Bamba
Restaurant," BLANCA O GUALLPA, a/k/a
"Blanca Chauca," LOUIS PEREZ, and
DAVID SIGCHA,

                        Defendants.
------------------------------------------------------------- X

        An Order of Honorable Pamela K. Chen, United States District Judge, having

been filed on February 28, 2018, adopting the Report and Recommendation of Magistrate Judge

Cheryl L. Pollak dated January 31, 2018 with the exception of the modifications described in the

Order, awarding the Plaintiff $242,303.89 in damages; it is

        ORDERED and ADJUDGED that Plaintiff is hereby awarded $242,303.89 in

damages; and that this case is closed.

Dated: Brooklyn, NY                                Douglas C. Palmer
March 1, 2018                              Clerk of Court

                                  By:    */s/Jalitza Poveda*
                                      Deputy Clerk